MONDAY NOV 13, 2023

I'M LEONA ANN FLETCHER
I WANT TO FILE A CIVIL LAW SUIT
ON THE District ATTORNEY OF
JASPER TX KNOWN AS ANN PICKLE
SHE VIOLATE IN MY CIVIL RIGHTS
by HER HAVE IN ME PUT IN JAIL
SAT NOV 4TH she did dirty work
FOR THE CHIEF OF POLICE THAT WORK
At Jasper police dept GERALD HALL
It's beHIND SOMETHING I did wrong
IN 2019 but police in Jasper didn't
ARREST ME THEY TOLD ME IN 2021 NOT
TO do it AGAIN NOW THAT police CHIEF
THEM Found out earlier This year
What i was doing To THEM THRU YA'll
THEY LATELY CONTACT The DA
And Had Her TO CHARGE ME WITH
The ISSUE THEY Let GO TOWARD ME
AND STATUS OF LIMINTATION HAd
been up EVEN IF THEY THEM SELVES
WANTED NOW TO do SOMETHING TO ME
I BEEN FOR YRS FOR NO REASON
HAVING TROUBLE OUT OF POLICE +
THE CHIEF OF POLICE ALWAYS TAKE
HIS OFFICERS SIDE God bless LEONA FLETCHER

(margin notes:)
I WENT TO court NOV. 7, 2023 ON ANOTHER charge Trespassing I'M INNOCENT OF police put THAT ON ME SELF NOV 30TH 2023 THE DA is THEN WANT They TRESPASSING AND WANT ME TO PLEA

To drop The (over) please

2. Guilty to the charge police didn't file on me IV 2019 they got pull with the D.A they working together against me they all white I'm black

"For you, Lord, give light to my lamp..." ~ Psalm 18:29

Miss Leona Fletcher
PO Box 244
Jasper TX 75951

SHREVEPORT LA 710
13 NOV 2023 PM 1 L

CLERK, U.S. DISTRICT COURT
RECEIVED
NOV 16 2023
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

(CLERK)
300 WILLOW STREET SUITE 104
BEAUMONT TX 77701

77701-221729