| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

LEONA ANN FLETCHER, §
§
    Plaintiff, §
§
v. §     NO. 1:23-CV-00413-MAC
§
ANN PICKLE, §
§
    Defendants. §
§

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

On November 16, 2023, the court referred this case to the Honorable Zack Hawthorn, United States Magistrate Judge, for pretrial management. On February 10, 2025, Judge Hawthorn issued a Report and Recommendation, which recommended dismissing the case because Plaintiff Leona Fletcher failed to state a claim upon which relief may granted. Doc. No. 10.

The court reviewed Judge Hawthorn's Report and Recommendation along with the record, pleadings, and all available evidence. The court affirms that Judge Hawthorn's findings of fact and conclusions of law are correct. The parties have not filed objections to the Report and Recommendation, and the time for doing so has passed. *See* 28 U.S.C. § 636(b)(1)(C).

It is, therefore, **ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 10) is **ADOPTED**. Accordingly, the present action is **DISMISSED WITH PREJUDICE**.

SIGNED at Beaumont, Texas, this 14th day of April, 2025.

```
                    _____
                         MARCIA A. CRONE
                    UNITED STATES DISTRICT JUDGE
```