| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| LEONA ANN FLETCHER, | § | |
| :--- | :--- | :--- |
| Plaintiff, | § § § | |
| v. | § § | NO. 1:23-CV-00413-MAC |
| ANN PICKLE, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

The Court has adopted the Magistrate Judge's report recommending that the Court dismiss this case. Accordingly, it is **ORDERED** that Plaintiff Leona Fletcher take nothing, and the case is **DISMISSED WITH PREJUDICE**. The Clerk of Court is directed to close this case, and all pending motions are denied as moot.

SIGNED at Beaumont, Texas, this 14th day of April, 2025.

　　　　　　　　　　　　　　　　　　　　　
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE