| | |
|---|---|
| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |

LEONA ANN FLETCHER, §
§
§
§
*versus* § CASE NO. 1:23-CV-00413-MAC-ZJH
§
§
ANN PICKLE, DISTRICT ATTORNEY OF §
JASPER TX; §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S
### REPORT AND RECOMMENDATION

On November 16, 2023, the court referred this case to United States Magistrate Judge Zack Hawthorn for pretrial management. On February 10, 2025, Judge Hawthorn issued his *Report and Recommendation* (#10) recommending that *pro se* Plaintiff Leona Ann Fletcher's complaint (#1) should be dismissed for failure to state a claim which relief may be granted. On April 14, 2025, the undersigned adopted Judge Hawthorn's report (#12). On July 21, 2025, Fletcher filed a *Motion to Reopen Case* (#14). Judge Hawthorn recommended denying Fletcher's motion in his *Report and Recommendation* (#15).

Fletcher does not identify any newly discovered evidence, fraud, or other circumstances that would justify relief under Federal Rule of Civil Procedure 60(b). Instead, Fletcher recounts the same disputes and grievances underlying her original complaint, which were already considered and rejected by the court.

It is therefore **ORDERED** that Judge Hawthorn's *Report and Recommendation* denying Fletcher's *Motion to Reopen Case* is **ADOPTED**.

SIGNED at Beaumont, Texas, this 30th day of September, 2025.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE